IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JUDGE TRACIE M. HUNTER**<br>PO Box 32325<br>Cincinnati, Ohio 45232<br><br>**Plaintiff**<br><br>V.<br><br>**HAMILTON COUNTY, OHIO/BOARD OF COUNTY COMMISSIONERS, et al**<br><br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  **1:15CV540**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

To:  **HON. JOHN WILLIAMS**
     **Hamilton County Juvenile Court**
     **800 Broadway, First Floor**
     **Cincinnati, Ohio 45202**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Hon. Tracie M. Hunter**
> **PO Box 32325**
> **Cincinnati, Ohio 45232**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __AUG 1 9 2015__          _[signature]_
                                *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JUDGE TRACIE M. HUNTER**  )
**PO Box 32325**  )
**Cincinnati, Ohio 45232**  )
   )
      **Plaintiff**  )
   )   Civil Action No.  **1:15CV540**
      v.  )
   )
**HAMILTON COUNTY, OHIO/BOARD OF**  )
**COUNTY COMMISSIONERS, et al**  )
   )
      **Defendants**  )
   )
   )

## SUMMONS

To:   **HON. CURT KISSINGER**
      **Hamilton County Courthouse**
      **1000 Main Street,**
      **Cincinnati, Ohio 45202**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      **Hon. Tracie M. Hunter**
      **PO Box 32325**
      **Cincinnati, Ohio 45232**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __AUG 19 2015__

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JUDGE TRACIE M. HUNTER<br>PO Box 32325<br>Cincinnati, Ohio 45232<br><br>    Plaintiffs<br><br>V.<br><br>HAMILTON COUNTY, OHIO/BOARD OF<br>COUNTY COMMISSIONERS, et al<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:15CV540<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

To: **CONSTANCE MURDOCK**
**Hamilton County Juvenile Court**
**800 Broadway, First Floor**
**Cincinnati, Ohio 45202**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Hon. Tracie M. Hunter
        PO Box 32325
        Cincinnati, Ohio 45232

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 19 2015

*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JUDGE TRACIE M. HUNTER )
PO Box 32325 )
Cincinnati, Ohio 45232 )
)
    **Plaintiff** )
) Civil Action No. **1:15CV540**
    V. )
)
HAMILTON COUNTY, OHIO/BOARD OF )
COUNTY COMMISSIONERS, et al )
)
    **Defendants** )
)

## SUMMONS

To:   **DWAYNE BOWMAN, Officially**
       **Superintendent and individually**
       **Hamilton County Juvenile Court Youth Center**
       **2020 Auburn Avenue**
       **Cincinnati, Ohio 45219**

    A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Hon. Tracie M. Hunter
        PO Box 32325
        Cincinnati, Ohio 45232

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                              *CLERK OF COURT*

Date:   AUG 19 2015                            _Jennifer Earl_
                                                       *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUDGE TRACIE M. HUNTER )
PO Box 32325 )
Cincinnati, Ohio 45232 )
 )
        Plaintiff )
 ) Civil Action No. **1:15CV540**
        V. )
 )
HAMILTON COUNTY, OHIO/BOARD OF )
COUNTY COMMISSIONERS, et al )
 )
        Defendants )
 )
 )

## SUMMONS

To:   **LAURA WICKETT**
       Hamilton County Juvenile Court
       800 Broadway, Fourteenth Floor
       Cincinnati, Ohio 45202

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Hon. Tracie M. Hunter
          PO Box 32325
          Cincinnati, Ohio 45232

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                      *CLERK OF COURT*

Date:  AUG 19 2015

                                                             *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JUDGE TRACIE M. HUNTER**<br>PO Box 32325<br>Cincinnati, Ohio 45232<br><br>Plaintiff<br><br>V.<br><br>**HAMILTON COUNTY, OHIO/BOARD OF COUNTY COMMISSIONERS, et al**<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. **1:15CV540**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS

To: **HON. JOSEPH T. DETERS**
**Hamilton County Prosecutor's Office**
**230 E. 9th Street, Suite 4000**
**Cincinnati, Ohio 45202**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Hon. Tracie M. Hunter
> PO Box 32325
> Cincinnati, Ohio 45232

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __AUG 19 2015__

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JUDGE TRACIE M. HUNTER<br>PO Box 32325<br>Cincinnati, Ohio 45232<br><br>        Plaintiff<br><br>        v.<br><br>HAMILTON COUNTY, OHIO/BOARD OF<br>COUNTY COMMISSIONERS, et al<br><br>        Defendants | )<br>)<br>)<br>)<br>)   Civil Action No.  **1 : 1 5 C V 5 4 0**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

To: **HAMILTON COUNTY PUBLIC DEFENDER
COMMISSION/RAY FALLER In his official
Capacity as Commissioner and Individually
230 E. 9th Street, 2nd Floor
Cincinnati, Ohio 45202**

        A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Hon. Tracie M. Hunter
        PO Box 32325
        Cincinnati, Ohio 45232

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

        *CLERK OF COURT*

Date:   AUG 1 9 2015

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUDGE TRACIE M. HUNTER )
PO Box 32325 )
Cincinnati, Ohio 45232 )
 )
      Plaintiff )
 ) Civil Action No. 1:15CV540
      V. )
 )
HAMILTON COUNTY, OHIO/BOARD OF )
COUNTY COMMISSIONERS, et al )
 )
      Defendants )
 )
 )

## SUMMONS

To:   HON. NORBERT NADEL
       Hamilton County Courthouse
       1000 Main Street
       Cincinnati, Ohio 45202

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

              Hon. Tracie M. Hunter
              PO Box 32325
              Cincinnati, Ohio 45232

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 19 2015

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JUDGE TRACIE M. HUNTER**<br>PO Box 32325<br>Cincinnati, Ohio 45232<br><br>    **Plaintiff**<br><br>    V.<br><br>**HAMILTON COUNTY, OHIO/BOARD OF**<br>**COUNTY COMMISSIONERS, et al**<br><br>    **Defendants** | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  **1 : 15 C V 5 4 0**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

To:  **HON. BETH MEYERS**
**Hamilton County Courthouse**
**1000 Main Street**
**Cincinnati, Ohio 45202**
A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Hon. Tracie M. Hunter**
        **PO Box 32325**
        **Cincinnati, Ohio 45232**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                           *CLERK OF COURT*

Date:  AUG 19 2015

                                                                                    *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUDGE TRACIE M. HUNTER )
PO Box 32325 )
Cincinnati, Ohio 45232 )
 )
 )
     Plaintiff )
 ) Civil Action No. **1:15CV540**
     V. )
 )
HAMILTON COUNTY, OHIO/BOARD OF )
COUNTY COMMISSIONERS, et al )
 )
     Defendants )
 )
 )

## SUMMONS

To:    SCOTT CROSWELL, ESQ.
       Croswell & Adams Co., L.P.A.
       1208 Sycamore Street
       Olde Sycamore Square
       Cincinnati, Ohio 45202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Hon. Tracie M. Hunter
       PO Box 32325
       Cincinnati, Ohio 45232

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **AUG 19 2015**

*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| JUDGE TRACIE M. HUNTER <br> PO Box 32325 <br> Cincinnati, Ohio 45232 <br><br> Plaintiff <br><br> V. <br><br> HAMILTON COUNTY, OHIO/BOARD OF <br> COUNTY COMMISSIONERS, et al <br><br> Defendants | Civil Action No. 1:15CV540 |

## SUMMONS

To: **MERLYN SHIVERDECKER, ESQ.**
**Carr and Shiverdecker**
**817 Main St, Cincinnati, OH 45202**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Hon. Tracie M. Hunter
> PO Box 32325
> Cincinnati, Ohio 45232

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 19 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JUDGE TRACIE M. HUNTER**<br>PO Box 32325<br>Cincinnati, Ohio 45232<br><br>    **Plaintiff**<br><br>    V.<br><br>**HAMILTON COUNTY, OHIO/BOARD OF**<br>**COUNTY COMMISSIONERS, et al**<br><br>    **Defendants** | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:15CV540<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

To: **HON. SYLVIA SIEVE HENDON**
**First District Court of Appeals**
**230 E. Ninth Street, 12th Floor**
**Cincinnati, Ohio 45202**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Hon. Tracie M. Hunter**
        **PO Box 32325**
        **Cincinnati, Ohio 45232**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                       *CLERK OF COURT*

Date:    **AUG 19 2015**
                                                           *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JUDGE TRACIE M. HUNTER**<br>**PO Box 32325**<br>**Cincinnati, Ohio 45232**<br><br>    **Plaintiff**<br><br>    V.<br><br>**HAMILTON COUNTY, OHIO/BOARD OF**<br>**COUNTY COMMISSIONERS, et al**<br><br>    **Defendants** | )<br>)<br>)<br>)<br>) Civil Action No. 1:15CV540<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

To: **HON. SYLVIA SIEVE HENDON**
   **First District Court of Appeals**
   **230 E. Ninth Street, 12th Floor**
   **Cincinnati, Ohio 45202**

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    **Hon. Tracie M. Hunter**
    **PO Box 32325**
    **Cincinnati, Ohio 45232**

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 19 2015

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JUDGE TRACIE M. HUNTER**
PO Box 32325
Cincinnati, Ohio 45232

      **Plaintiff**

      V.

**HAMILTON COUNTY, OHIO/BOARD OF
COUNTY COMMISSIONERS, et al**

      **Defendants**

Civil Action No. 1:15CV540

## SUMMONS

To:   **HON. PATRICK DEWINE**
**First District Court of Appeals**
230 E. Ninth Street, 12th Floor
Cincinnati, Ohio 45202

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          **Hon. Tracie M. Hunter**
          **PO Box 32325**
          **Cincinnati, Ohio 45232**

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 19 2015

*CLERK OF COURT*

*Jennifer Earl*
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JUDGE TRACIE M. HUNTER**
**PO Box 32325**
**Cincinnati, Ohio 45232**

   **Plaintiff**

   V.

**HAMILTON COUNTY, OHIO/BOARD OF**
**COUNTY COMMISSIONERS, et al**

   **Defendants**

Civil Action No. 1:15CV540

## SUMMONS

To:  **HON. PATRICK DINKELACKER**
   **Hamilton County Courthouse**
   **1000 Main Street**
   **Cincinnati, Ohio 45202**

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Hon. Tracie M. Hunter
      PO Box 32325
      Cincinnati, Ohio 45232

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 19 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUDGE TRACIE M. HUNTER )
PO Box 32325 )
Cincinnati, Ohio 45232 )
 )
      **Plaintiff** )
 ) Civil Action No. 1:15CV540
      V. )
 )
HAMILTON COUNTY, OHIO/BOARD OF )
COUNTY COMMISSIONERS, et al )
 )
      **Defendants** )
 )
 )

## SUMMONS

To:   **HON. LEE HILDEBRANDT**
**First District Court of Appeals**
230 E. Ninth Street, 12th Floor
Cincinnati, Ohio 45202

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

              **Hon. Tracie M. Hunter**
              **PO Box 32325**
              **Cincinnati, Ohio 45232**

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                        *CLERK OF COURT*

Date:   AUG 19 2015                       *Jennifer Earl*
                                             *Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **JUDGE TRACIE M. HUNTER**<br>**PO Box 32325**<br>**Cincinnati, Ohio 45232**<br><br>**Plaintiff**<br><br>v.<br><br>**HAMILTON COUNTY, OHIO/BOARD OF**<br>**COUNTY COMMISSIONERS, et al**<br><br>**Defendants** | Civil Action No. 1:15CV540 |

## SUMMONS

To: **FIROOZ NAMEI, ESQ.**
**McKinney & Namei, L.P.A.**
**15 E. 8th St., Cincinnati, Ohio 45202**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Hon. Tracie M. Hunter**
**PO Box 32325**
**Cincinnati, Ohio 45232**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 19 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JUDGE TRACIE M. HUNTER**
**PO Box 32325**
**Cincinnati, Ohio 45232**

   **Plaintiff**

   V.

**HAMILTON COUNTY, OHIO/BOARD OF**
**COUNTY COMMISSIONERS, et al**

   **Defendants**

Civil Action No. **1:15CV540**

## SUMMONS

To: **JAMES BOGEN, ESQ.**
   **917 Main Street, Second Floor**
   **Cincinnati, Ohio 45202**

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      **Hon. Tracie M. Hunter**
      **PO Box 32325**
      **Cincinnati, Ohio 45232**

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 19 2015           *[signature]*
                  *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JUDGE TRACIE M. HUNTER**<br>PO Box 32325<br>Cincinnati, Ohio 45232<br><br>Plaintiff<br><br>V.<br><br>**HAMILTON COUNTY, OHIO/BOARD OF COUNTY COMMISSIONERS, et al**<br><br>Defendants | Civil Action No. 1:15CV540 |

## SUMMONS

To: **HAMILTON COUNTY, OHIO/HAMILTON COUNTY BOARD OF COMMISSIONERS
HON. GREG HARTMAN
HON. TODD PORTUNE
HON. CHRIS MONZEL**
138 Court Street, Room 603
Cincinnati, Ohio 45202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hon. Tracie M. Hunter
PO Box 32325
Cincinnati, Ohio 45232

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 19 2015

*Signature of Clerk or Deputy Clerk*